**Floyd Raymond LOOKER, Plaintiff–Appellant,**

v.

**Okei Marshall RICHARDS, Jr.; William Cipriani; Other Unknown Federal Officials, Defendants–Appellees,**

and

**David E. Godwin, Esquire; J.C. Raffety, Defendants.**

No. 01–6492.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 17, 2001.

Decided Sept. 10, 2001.

Floyd Raymond Looker, pro se. Helen Campbell Altmeyer, Office of the United States Attorney, Wheeling, WV; Robert James D'Anniballe, Jr., Marshall, Denne-hey, Warner, Coleman & Goggin, Weirton, WV, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Floyd Raymond Looker appeals the district court's orders denying relief on his civil rights complaint. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Looker v. Godwin,* No. CA–99–111–5 (N.D.W. Va. May 9, 2000; Mar. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*